AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JERRY ORENTHAL GREEN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV416-153
CR405-139

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order date 10/23/2017, judgment is hereby entered granting the petitioner's 28 U.S.C 2255 motion. Petitioner's sentence is reduced to time served. Petitioner's term of supervised release is reduced to three years.

October 23, 2017
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/1/03